UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ALEXIS URIBE, | ) | Case No. CV 14-6624 SJO (AJW) |
|        Petitioner, | ) | |
| | ) | |
|   v. | ) | JUDGMENT |
| | ) | |
| W. MONTGOMERY, WARDEN, | ) | |
| | ) | |
|       Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: September 3, 2014

_____
S. James Otero
United States District Judge